ORIGINAL

FILED

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0410

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0410



**FILED**

MAR 0 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MIGUEL GARDIPEE,

Petitioner,

v.                                                         O R D E R

JAMES SALMONSEN, Acting Warden,

Respondent.

_____

Self-represented Petitioner Miguel Gardipee has filed a "Notice of Objections to the Continuous Extensions of Time: Notice of Moving Court to Issue [Judgment] for State's Failure to Plead or Otherwise Defend Which Constitutes [Concession] by the State." The State of Montana responds that Gardipee's motion should be denied.

Gardipee objects to the extensions of time this Court has granted to the State of Montana to file its response brief to Gardipee's pending petition for habeas corpus relief. He states that any delay is unreasonable because more than six months have elapsed. He asserts various violations of constitutional rights, such as speedy trial and due process. Gardipee posits that failure to file such response brief equates to a concession.

The State construes Gardipee's motion as one for dismissal. The State responds that it has adhered to M. R. App. P. 26 in seeking additional time to research this matter. The State explains its workload and limitations during a pandemic while gathering background information from Gardipee's older criminal cases are the reasons for its delay. The State highlights that there is no applicable authority for Gardipee's requested relief.

We conclude that Gardipee's motion is not appropriate and that he is not entitled to dismissal while the State's response is pending. Gardipee's assertions are without merit. His due process and speedy trial rights have not been violated. In an original proceeding

such as this, the filing of motions should be limited to requests for extensions of time pursuant to the Montana Rules of Appellate Procedure. *See* M. R. App. P. 14(7)(a) and M. R. App. P. 26. These rules do not provide for other motion practice in a petition for extraordinary relief. We point out to Gardipee that it may be in his best interests that the State of Montana have adequate time and resources to research Gardipee's claims in his filed Petition for a Writ of Habeas Corpus. Accordingly,

IT IS ORDERED that Gardipee's Motion for a Concession or Other Relief is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy to counsel of record and to Miguel Gardipee personally.

DATED this _9th_ day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2